IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE:   MONTY KIRK WILSON AND LORIA LYNN WILSON A/K/A LORIA FRENCH, Debtors | CASE NO. 4:19-BK-11139<br><br>CHAPTER 7 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | MOVANT |
| VS. | |
| MONTY KIRK WILSON AND LORIA LYNN WILSON A/K/A LORIA FRENCH, Debtors; and JAMES F. DOWDEN, Trustee | RESPONDENTS |

## ORDER

Before the Court is the motion of Movant, Nationstar Mortgage LLC d/b/a Mr. Cooper, for relief from the automatic stay and for abandonment of the property described below from the estate, and the Court, being fully advised, finds that there is no opposition to the motion and that the motion should be granted. In addition, the Court finds that the 14-day stay provision provided in Rule 4001(a)(3) shall not apply to this order.

**IT IS THEREFORE ORDERED** that relief from the automatic stay is hereby granted, the property is hereby abandoned from the bankruptcy estate, and Movant is free to pursue its state law remedies against the following-described real property:

> ALL THAT PARCEL OF LAND IN SALINE COUNTY. STATE OF ARKANSAS, AS MORE FULLY DESCRIBED IN DEED BOOK 03, PAGE 071773, ID# 122-00008-000, BEING KNOWN AND DESIGNATED AS FOLLOWS:
>
> LOT 8 OF THE MARCH 1990 REPLAT OF GLENN HILLS ESTATES, A SUBDIVISION TO SALINE COUNTY, ARKANSAS.

EOD: May 14, 2019

Also known as: 335 Glenn Hills Dr, Alexander, AR 72002

The Trustee does not abandon any interest in any excess proceeds from the sale of the property. In the event that the proceeds of any sale exceeds the amount owed, then Movant shall remit said proceeds to the Trustee for disbursement to other creditors.

**IT IS SO ORDERED.**

Richard D. Taylor
United States Bankruptcy Judge

DATE: May 14, 2019

APPROVED AS TO FORM:

WILSON & ASSOCIATES, P.L.L.C.
400 West Capitol Avenue
Suite 1400
Little Rock, AR 72201
(501) 219-9388

By: */s/ Heather Martin-Herron*
    Heather Martin-Herron (2011136)
    Kathryn Lachowsky-Khan (2012039)
    Michael Tackett (2018110)
    Attorneys for Movant

cc:

    Stephen L. Gershner
    Attorney at Law
    P.O. Box 1300
    Little Rock, AR 72203

    James F Dowden
    Trustee
    212 Center Street, 10th Floor
    Little Rock, AR 72201

W&A No. 337517
Loan No. XXXXXX2490